UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

| Case No. | CV 11-6508 DSF (Ex) | Date | 12/9/11 |
|---|---|---|---|
| Title | United States v. $2,600 in U.S. Currency, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**    (In Chambers) Order to Show Cause re Lack of Prosecution

    This case was filed on August 8, 2011. The government has failed to prosecute the case in any way. Therefore, the government is ordered to show cause in writing by December 22, 2011, why the case should not be dismissed for lack of prosecution.

    IT IS SO ORDERED.